PROB 12B
(7/93)

Report Date: November 9, 2007

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 0 9 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Leonard Gonzales    Case Number: 2:97CR00029-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, U.S. District Judge

Date of Original Sentence: 7/10/1997    Type of Supervision: Supervised Release

Original Offense: Possession with the Intent to Distribute Cocaine Base, 21 U.S.C. § 841(a)(1)    Date Supervision Commenced: 12/29/2006

Original Sentence: Prison - 120 Months; TSR - 60 Months    Date Supervision Expires: 12/28/2011

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

16   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

### CAUSE

Mr. Gonzalez is currently being supervised in the Central District of California. They have requested the above modification to assist in their supervision of Mr. Gonzalez. Also, to comply with the United States v. Stephens 424 F.3d 876 (9th Cir. 205).

Respectfully submitted,

by  Samuel Najera
U.S. Probation Officer
Date: November 9, 2007

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
JFVS [X] The Modification of Conditions as Noted Above
[ ] Other

_Fred Van Sickle_
Signature of Judicial Officer

_November 9, 2007_
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

16  You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

Witness: _____  Signed: _____
Robert D. Chavez                     Leonard González
U.S. Probation Officer               Probationer or Supervised Releasee

11-2-07
Date